**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **TOM MOELLER,** | | |
| **Plaintiff,** | | **CIVIL ACTION FILE** |
| **v.** | | **No. 2:24-CV-00023-SCJ** |
| **WAL-MART ASSOCIATES, INC.,** | | |
| **Defendant.** | | |

**O R D E R**

This action is before the Court on the Parties' Joint Motion to Stay all deadlines Doc. No. [26]. The Parties indicate their intention to focus on resolution through mediation.[1] However, they offer no timeframe for completing mediation.

The Motion to Stay (Doc. No. [26]) is **GRANTED** to the extent that the Parties shall have a 45-day period from the date of this order to mediate this case. The Parties shall file a joint notice on the docket of the outcome of mediation within three days of its completion.

---

[1] The Parties do not request referral to a Magistrate Judge for mediation. Therefore, the Court presumes that they intend to engage in private mediation.

Discovery in this matter is set to close on March 28, 2025.[2]  Accordingly, ten days remain in the discovery period.  In the event the mediation is unsuccessful, the Parties shall have ten days of discovery remaining, which will run from the day after an unsuccessful mediation. Dispositive motions or the consolidated pretrial order shall be filed thirty days thereafter.

**IT IS SO ORDERED** this 18th day of March, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**United States District Judge**

---

[2] This date includes a thirty-day extension the Court has already granted to the Parties.

2