IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TOM MOELLER, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART ASSOCIATES, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> No. 2:24-CV-00023-SCJ |

**ORDER**

On March 18, 2025, the Court granted the Parties' request to stay this matter in order to attend mediation. Doc. No. [27]. The stay expired on May 2, 2024.[1] At that point, there remained 10 days in the discovery period. Therefore, discovery closes on May 13, 2025. Dispositive motions or the pretrial order shall be filed no later than June 12, 2025.

IT IS SO ORDERED this 7th day of May, 2025.

_____
HONORABLE STEVE C. JONES
United States District Judge

---

[1] The Parties were ordered to inform the Court of the outcome of their mediation within three days. They have failed to do so.