# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| TOM MOELLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.:<br>2:24-CV-00023-SCJ |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

COME NOW, Plaintiff Tom Moeller ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Walmart") (collectively, "the Parties"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move the Court for an order extending the end of the discovery period until July 13, 2025, along with all subsequent deadlines accordingly.

Discovery in this case is currently due to expire May 13, 2025. As explained in greater detail below, good cause for the entry of such an order exists and, in support thereof, the Parties show the Court as follows:

　　1.　　The Parties have actively participated in discovery since the commencement of discovery.

12863095v1

2. Since the discovery period began, the Parties have diligently engaged in discovery. The Parties have provided Rule 26(a) initial disclosures and have served and responded to written discovery, and Plaintiff's deposition has been taken.

3. On March 18, 2025, Discovery was stayed for a period of 45 days for the parties to engage in mediation. (Doc. 27). Discovery resumed on May 2, 2025. (Doc. 28).

4. The Parties have been unable yet to conduct all necessary depositions due to current and future scheduling conflicts with other matters, which includes related matters before this Court.

5. As a result of the foregoing, the Parties request additional time to complete discovery, including but not limited to depositions and potentially additional written discovery. The Parties have agreed to an extension of the discovery period and all deadlines calculated based on the close of discovery.

6. Neither Party will be prejudiced by the granting of this extension of time.

7. For those reasons, the Parties jointly request an extension of discovery through and including July 13, 2025, along with extending all subsequent deadlines accordingly.

Respectfully submitted this 12th day of May, 2025.

12863095v1

| | |
|---|---|
| LUCAS & LEON, LLC | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| /s/ Beverly A. Lucas<br>BEVERLY A. LUCAS<br>Georgia Bar No. 427692<br>P.O. Box 752<br>Clarkesville, Georgia 30523<br>Telephone: (706) 754-2001<br>beverly@lucasandleon.com<br><br>*Attorney for Plaintiff* | /s/ David N. Korsen<br>DAVID N. KORSEN<br>Georgia Bar No. 845200<br>230 Peachtree St., N.W.<br>Suite 2400<br>Atlanta, GA 30303<br>(404) 525-8622<br>dkorsen@constangy.com<br><br>/s/ Alyssa K. Peters<br>ALYSSA K. PETERS<br>Georgia Bar No. 455211<br>577 Mulberry Street, Ste. 710<br>PO Box 1975<br>Macon, Georgia 31202-1975<br>Telephone: (478) 750-8600<br>apeters@constangy.com<br><br>*Attorneys for Defendant* |

12863095v1

## **CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1, specifically Times New Roman 14.

Dated this 12th day of May, 2025.

                                        **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

                                        /s/ David N. Korsen
                                        DAVID N. KORSEN
                                        Georgia Bar No. 845200

230 Peachtree St., N.W.
Suite 2400
Atlanta, GA 30303
(404) 525-8622
dkorsen@constangy.com

12863095v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Joint Motion to Extend Discovery Period* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated this 12th day of May, 2025.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

/s/ David N. Korsen
DAVID N. KORSEN
Georgia Bar No. 845200

230 Peachtree St., N.W.
Suite 2400
Atlanta, GA 30303
(404) 525-8622
dkorsen@constangy.com

12863095v1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **TOM MOELLER,**<br><br>Plaintiff,<br><br>v.<br><br>**WAL-MART ASSOCIATES, INC.,**<br><br>Defendant. | **CIVIL ACTION NO.:**<br>**2:24-CV-00023-SCJ** |

## ORDER

The above styled case is presently before the Court on the *Joint Motion to Extend Discovery Period.* After careful consideration, the Motion is GRANTED. The Parties shall have up to July 13, 2025, to complete discovery, and all subsequent deadlines are extended accordingly.

IT IS SO ORDERED, this ___ day of _____, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

12863095v1