UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

2:23-cv-0015-SCJ
Maria Simmons v. Wal-Mart Associates, Inc.

2:24-cv-0022-SCJ
Bryan Arnold v. Wal-Mart Associates, Inc.

2:24-cv-0023-SCJ
Tom Moeller v. Wal-Mart Associates, Inc.

2:24-cv-0025-SCJ
Shekena Talley v. Wal-Mart Associates, Inc.

2:24-cv-0027-SCJ
Keith Bradley v. Wal-Mart Associates, Inc.

2:24-cv-0029-SCJ
Stephen Wilson v. Wal-Mart Associates, Inc.

2:24-cv-0043-SCJ
Iesha Prather v. Wal-Mart Associates, Inc.

2:24-cv-0044-SCJ
Sabrina Hill v. Wal-Mart Associates, Inc.

2:24-cv-0045-SCJ
Corey Adams v. Wal-Mart Associates, Inc.

2:24-cv-0046-SCJ
Than Le v. Wal-Mart Associates, Inc.

2:24-cv-0049-SCJ
Gary Kirk v. Wal-Mart Associates, Inc.

---

Minute Sheet for proceedings held 05/27/2025.

TIME COURT COMMENCED: 4:00 P.M.

TIME COURT CONCLUDED: 4:33 P.M.

| | |
|---|---|
| TIME IN COURT:    0:33 | COURT REPORTER: V. Zborowski |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Pamela Wright |

ATTORNEYS PRESENT:      Beverly Lucas representing Plaintiffs

Alyssa Peters and David Korsen  representing Defendants

PROCEEDING CATEGORY:      Telephone Conference

Minute Text: Telephone conference held at the direction of the Court regarding the Court's expectations as to the approval hearing set for June 5, 2025 at 11:00 AM. A written order will follow.

HEARING STATUS:      Hearing Concluded