**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **TOM MOELLER,** | **CIVIL ACTION NO.:** |
| Plaintiff, | **2:24-CV-00023-SCJ** |
| v. | |
| **WAL-MART ASSOCIATES, INC.,** | |
| Defendant. | |

**JOINT STATUS REPORT PURSUANT**
**TO COURT'S MAY 30, 2025 ORDER**

On May 30, 2025, the Court issued an order (Doc. 32), directing the Parties by June 3, 2025 to "file an updated Joint Report regarding their mediation efforts including when the mediation took place and whether any resolution – even an agreement in principle – was reached." Pursuant to the Court's order, the Parties respectfully provide the following joint status report:

The parties participated in mediation beginning on April 14, 2025, the negotiations of which were continuing and ongoing over the course of multiple weeks, through and including May 8, 2025. The parties reached a resolution in principle precipitating Plaintiff's filing his stipulation of dismissal without prejudice on May 12, 2025.

Respectfully submitted, this 3rd day of June, 2025.

| Lucas & Leon, LLC | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
|---|---|
| /s/ Beverly A. Lucas | /s/ Alyssa K. Peters |
| BEVERLY A. LUCAS | ALYSSA K. PETERS |
| Georgia Bar No. 427692 | Georgia Bar No. 455211 |
| P.O. Box 752 | Highridge Centre |
| Clarkesville, Georgia 30523 | 3920 Arkwright Road |
| Telephone: (706) 754-2001 | Suite 375 |
| beverly@lucasandleon.com | Macon, GA 31210 |
| | (478) 750-8600 |
| | apeters@constangy.com |
| *Attorney for Plaintiff* | |
| | *Attorney for Defendant* |

## CERTIFICATION OF COMPLIANCE

The undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in L.R. 5.1, specifically Times New Roman 14.

Respectfully submitted, this 3rd day of June, 2025.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211

Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
(478) 750-8600
apeters@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing JOINT

STATUS REPORT with the Clerk of Court using the CM/ECF system which will

automatically send notification of such filing to all attorneys of record.

Respectfully submitted, this 3rd day of June, 2025.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211

Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
(478) 750-8600
apeters@constangy.com